JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 20, 2010

Check No. 2012354

Check Amount: $1,159.14

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-41565-R | 00000 | ALFRED HOWARD GIBBS & TARSHA MONIQUE HOWARD<br><br>Original check written to:<br>ALFRED HOWARD GIBBS<br>6421 CHARLES TRAIL<br>MCKINNEY, TX 75070 | 0 | XXXXX7791<br><br>XXXXX7714 | 1.00 | 0.00 | 1.00 |
| 05-44391-R | 00000 | PAULA D. DAVIS<br><br>Original check written to:<br>PAULA D. DAVIS<br>443 GOODYEAR<br>IRVING, TX 75062 | 0 | XXXXX7700 | 5.00 | 0.00 | 5.00 |
| 07-41698-R | 00000 | ROGER DALE & LAURA LEE WHITE<br><br>Original check written to:<br>ROGER DALE WHITE<br>1041 PEDERNALES TRAIL<br>IRVING, TX 75063 | | XXXXX4158<br><br>XXXXX8170 | 625.89 | 0.00 | 625.89 |
| 09-42747-R | 00000 | VALLEY WILLIAMS<br><br>Original check written to:<br>VALLEY WILLIAMS<br>2004 HELMOKEN FALLS DRIVE<br>ANNA, TX 75409 | 0 | XXXXX8317 | 500.00 | 0.00 | 500.00 |
| 09-43520-R | 00000 | BUSTER MATHESON WILLIAMS<br><br>Original check written to:<br>BUSTER MATHESON WILLIAMS<br>1526 CHARLESTON DRIVE<br>ALLEN, TX 75002 | 0 | XXXXX3917 | 27.25 | 0.00 | 27.25 |
| | | **TOTALS** | | | $1,159.14 | $0.00 | $1,159.14 |