UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF TEXAS

**EOD**
09/09/2011

IN RE:

| | |
|---|---|
| Gibbs, Alfred Howard and Tarsha Monique<br><br>Debtor | 05-41565<br><br>Bankruptcy Case Number |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME OF CLAIMANT: Citicorp,N.A.,c/o Kathleen S Allen

MAILING ADDRESS: 3800 Citigroup Center Drive
                       Location G3-4
                       Tampa, FL 33610

for payment of a dividend from unclaimed funds in the amount of    $399.78

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2Ø2,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

Signed on 9/9/2011

*Brenda T. Rhoades*      MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE